

CITY OF MIAMI GENERAL EM-
PLOYEES' AND SANITATION EM-
PLOYEES' RETIREMENT TRUST,
on behalf of itself and on behalf of all
others similarly situated, Plaintiff Be-
low, Appellant,

v.

Jerry M. COMSTOCK, Jr., as Indepen-
dent Executor of the Estate of Joshua
E. Comstock, Randall C. McMullen,
Darren M. Friedman, Adianna Ma,
Michael Roemer, C. James Stewart,
III, H.H. "Tripp" Wommack, III,
Theodore "Ted" Moore, Nabors Indus-
tries Ltd., and Morgan Stanley & Co.
LLC, Defendants Below, Appellees.

No. 482, 2016

Supreme Court of Delaware.

Submitted: March 1, 2017

Decided: March 23, 2017

Reargument Denied March 31, 2017

Court Below: Court of Chancery of the
State of Delaware, C.A. No. 9980

AFFIRMED.

Charles H. GIFFORD, III, Defendant
Below–Appellant,

v.

601 CHRISTIANA INVESTORS, LLC,
Plaintiff Below–Appellee.

No. 410, 2016

Supreme Court of Delaware.

Submitted: February 10, 2017
Decided: March 27, 2017

Court Below: Superior Court of the
State of Delaware, C.A. No. N15J–03882

AFFIRMED.

Derrick CARROLL, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 198, 2016

Supreme Court of Delaware.

Submitted: February 8, 2017
Decided: March 27, 2017

Court Below: Superior Court of the
State of Delaware, ID No. 1502008739

AFFIRMED.